# ELECTRONIC RECORD

917-15
918-15

COA # 14-14-00733-CR

STYLE: Keith Dwayne Jones v The State of Texas

COA DISPOSITION: Affirmed

DATE: July 16, 2015    Publish: No

OFFENSE: Aggravated Robbery

COUNTY: Harris

TRIAL COURT: 228th District Court

TC CASE #:1329499

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Keith Dwayne Jones v The State of Texas

CCA # _____

_____ **APPELLANT'S**    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: 10/07/2015 _____

JUDGE: _____

917-15
918-15

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**